UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STANLEY HALL,

Plaintiff(s),

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

Defendant(s).

No. C  C07-05673

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: November 19, 2007

Signature

Counsel for Plaintiff STANLEY HALL
(Plaintiff, Defendant or indicate "pro se")