R. SCOTT ERLEWINE (State Bar No. 095106)
PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center, Suite 2350
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION
d/b/a AMTRAK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STANLEY HALL, | ) | CASE NO. C07-05673 JL |
| Plaintiff, | ) | DECLINATION TO PROCEED |
| | ) | BEFORE A MAGISTRATE JUDGE |
| v. | ) | AND REQUEST FOR |
| | ) | REASSIGNMENT TO A UNITED |
| NATIONAL RAILROAD PASSENGER | ) | STATES DISTRICT JUDGE |
| CORPORATION ("AMTRAK"), a private | ) | |
| corporation; DOES 1-25, inclusive | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

Defendant National Railroad Passenger Corporation d/b/a Amtrak hereby declines to

consent to the assignment of this case to a United States Magistrate Judge for trial and

disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED:  January 3, 2008                    PHILLIPS, ERLEWINE & GIVEN LLP


By:_____
        R. SCOTT ERLEWINE
        Attorneys for Defendant NATIONAL RAILROAD
        PASSENGER CORPORATION d/b/a AMTRAK

PHILLIPS, ERLEWINE
& GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE  - C 07-05673JL
S:\Clients\AMTRAK\8204.11 (Hall)\pld\rse-declination to proceed before a magistrate-122107