**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STANLEY HALL,                                       No. C 07-05673 CRB

      Plaintiff,                              **Clerk's Notice**

  v.

NATIONAL RAILROAD PASSENGER CORP,

      Defendant.
_____/

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for
February 15, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer.  The initial case
management scheduling order shall remain the same.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue,
San Francisco, CA  94102.


Dated: January 9, 2008                          FOR THE COURT,

                                                Richard W. Wieking, Clerk

                                                By: _____
                                                Barbara Espinoza
                                                Courtroom Deputy