1  R. SCOTT ERLEWINE (State Bar No. 095106)
   PHILLIPS, ERLEWINE & GIVEN LLP
2  50 California Street, 35th Floor
   San Francisco, California 94111
3  Telephone: (415) 398-0900
   Facsimile: (415) 398-0911
4
   Attorneys for Defendant
5  NATIONAL RAILROAD PASSENGER CORPORATION
   d/b/a AMTRAK
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11
   STANLEY HALL,                       )   CASE NO. C07-05673 CRB
12                                     )
                Plaintiff,             )   NOTICE OF NEED FOR ADR
13                                     )   PHONE CONFERENCE
   v.                                  )
14                                     )
   NATIONAL RAILROAD PASSENGER         )
15 CORPORATION ("AMTRAK"), a private   )
   corporation; DOES 1-25, inclusive   )
16                                     )
                Defendants.            )
17                                     )
   _____)
18

19        Counsel report that they have met and conferred regarding ADR and that they request an

20 Early Settlement Conference with a Magistrate Judge.

21        The following counsel will participate in the ADR phone conference:

22 | Name            | Party Representing      | Phone No.        | E-Mail Address                |
   |-----------------|-------------------------|------------------|-------------------------------|
23 | John Burris     | Plaintiff Stanley Hall  | (510) 839-5200   | john.burris@johnburrislaw.com |
24 | R. Scott Erlewine | Defendant Amtrak      | (415) 398-0900   | rse@phillaw.com               |

25

26

27

28

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

NOTICE OF NEED FOR ADR PHONE CONFERENCE - C 07-05673JL
S:\Clients\AMTRAK\8204.11 (Hall)\pld\rse-notice of need for adr phone conference-012408.wpd

1  DATED: 1/25/08       LAW OFFICES OF JOHN L. BURRIS

2                       By: _____
3                           JOHN L. BURRIS
                            Attorney for Plaintiff Stanley Hall
4
5  DATED: 1/25/08       PHILLIPS, ERLEWINE & GIVEN LLP
6
7
                        By: _____
8                           R. SCOTT ERLEWINE
                            Attorneys for Defendant National Railroad
9                           Passenger Corporation d/b/a Amtrak

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

NOTICE OF NEED FOR ADR PHONE CONFERENCE - C 07-05673JL
S:\Clients\AMTRAK\8204.11 (Hall)\pld\rse-notice of need for adr phone conference-012408.wpd

2