1  R. SCOTT ERLEWINE (State Bar No. 095106)
   PHILLIPS, ERLEWINE & GIVEN LLP
2  50 California Street, 35th Floor
   San Francisco, California 94111
3  Telephone: (415) 398-0900
   Facsimile: (415) 398-0911
4
   Attorneys for Defendant
5  NATIONAL RAILROAD PASSENGER CORPORATION
   d/b/a AMTRAK
6

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12  STANLEY HALL,                        )     CASE NO. C07-05673 CRB
                                         )
13                 Plaintiff,            )     NOTICE OF CHANGE OF
                                         )     ADDRESS
14  v.                                   )
                                         )
15  NATIONAL RAILROAD PASSENGER          )
    CORPORATION ("AMTRAK"), a private    )
16  corporation; DOES 1-25, inclusive    )
                                         )
17                 Defendants.           )
                                         )
18  _____     )

19        Pursuant to Civ. L.R. 3-11(a), defendant's counsel, the undersigned here, hereby notifies

20  the Court of a change of address, effective January 14, 2007.  Counsel's new address is 50

21  California Street, 35th Floor, San Francisco, CA 94111.

22

23  DATED:  January 25, 2008              PHILLIPS, ERLEWINE & GIVEN LLP

24

25                                       By: _____
                                              R. SCOTT ERLEWINE
26                                       Attorneys for Defendant NATIONAL RAILROAD
                                         PASSENGER CORPORATION d/b/a AMTRAK

27

28

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

NOTICE OF CHANGE OF ADDRESS - C 07-05673JL
S:\Clients\AMTRAK\8204.11 (Hall)\pld\rse-notice of change of address-012408.wpd