1  R. SCOTT ERLEWINE (State Bar No. 095106)
   PHILLIPS, ERLEWINE & GIVEN LLP
2  50 California Street, 35th Floor
   San Francisco, California 94111
3  Telephone: (415) 398-0900
   Facsimile: (415) 398-0911
4
   Attorneys for Defendant
5  NATIONAL RAILROAD PASSENGER CORPORATION
   d/b/a AMTRAK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY HALL, | CASE NO. C07-05673 CRB |
| Plaintiff, | ADR CERTIFICATION BY PARTIES AND COUNSEL |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"), a private corporation; DOES 1-25, inclusive | |
| Defendants. | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov;

2) Discussed the available dispute resolution options provided by the Court and private entities; and

3) Considered whether this case might benefit from any of the available dispute resolution options.

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

ADR CERTIFICATION BY PARTIES AND COUNSEL - C 07-05673JL
S:\Clients\AMTRAK\8204.11 (Hall)\pld\rse-ADR certificate by parties and counsel-012408.wpd

| | |
|---|---|
| | NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK |
| DATED: 1-28-08 | By: _____<br>Keren C. Rabin<br>Associate General Counsel, General Litigation |
| DATED: 1/28/08 | PHILLIPS, ERLEWINE & GIVEN LLP<br><br>By: _____<br>R. SCOTT ERLEWINE<br>Attorneys for Defendant NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK |

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

ADR CERTIFICATION BY PARTIES AND COUNSEL - C 07-05673 JL
S:\Clients\AMTRAK\8204.11 (Hall)\pld\rse-ADR certificate by parties and counsel-012408.wpd

2