**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **February 15, 2008**

**C-07-05673** CRB

**STANLEY HALL  v.  NATIONAL RAILROAD PASSENGER CORP**

Attorneys:     John Burris                              Randy Erlewine

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Not Reported**
**PROCEEDINGS:**                                                              **RULING:**

1.  Initial Case Management Conference    -   Held

2.  ___

3.  ___

**ORDERED AFTER HEARING:**

 Matter referred to mediation to take place by the end of June 2008

( ) ORDER TO BE PREPARED BY:    Plntf ___   Deft ___   Court ___

( ) Referred to Magistrate Judge For: ___

(X) CASE CONTINUED TO July 11, 2008 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off ___                        Expert Discovery Cut-Off ___
Plntf to Name Experts by ___                 Deft to Name Experts by ___
P/T Conference Date ___        Trial Date ___        Set for ___ days
                    Type of Trial:  ( )Jury    ( )Court

Notes: ___