United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

### Northern District of California

| Hall, | 07-05673 CRB MED |
|---|---|
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| National Railroad Passenger Corporation (&quot;AMT, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Richard J. Collier**
Cooper, White & Cooper, LLP
201 California St., 17th Fl.
San Francisco, CA 94111-3013
415-433-1900
rcollier@cwclaw.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05673 CRB MED                                - 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

3

4   Dated: February 28, 2008

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-05673 CRB MED                          - 2 -