Direct Line: (415) 765-6220
E-Mail: rcollier@cwclaw.com

May 20, 2008

John L. Burris, Esq.
Law Offices of John L. Burris
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA  94621

R. Scott Erlewine, Esq.
Phillips, Erlewine & Given LLP
50 California Street, 35th Floor
San Francisco, CA  94111

Re:   *Hall v. National Railroad Corporation*
      <u>USDC NDCA Case No.:  C 07-05673 CRB MED</u>

Dear Counsel:

  After speaking with both of you last week, I am writing to confirm the arrangements for our upcoming mediation session.  The session is scheduled for Wednesday June 11, 2008.  Please come to the 17th Floor at 201 California Street (corner of California and Front) so that we can convene at 9:30 a.m.  I have set aside the whole day, and ask that you do the same.  I also ask that you exchange with each other and submit to me mediation statements by June 5th.  The statements should be in letter form, of any length, and should lay out what each side sees as the key issues and your respective positions on them, including the remedies and damages sought.

  Please also take the time to review with your clients the mediation process as well as the issues and settlement options that are likely to be raised for consideration by your clients.

  Again, I look forward to working with you and your clients.

Yours sincerely,

Richard J. Collier

RJC:jd
600724.1