FILED
JUN 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

Hall,

    Plaintiff(s),

v.

National Railroad Passenger Corporation (&quot;AMT,

    Defendant(s).

No. C 07-05673 CRB MED

**Certification of ADR Session**

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) 6/11/08

2. Did the case settle?   ☑ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☐ YES   ☑ NO

Dated: 6/11/08

**Mediator, Richard J. Collier**
Cooper, White & Cooper, LLP
201 California St., 17th Fl.
San Francisco, CA 94111-3013

**Certification of ADR Session**
07-05673 CRB MED