1  R. SCOTT ERLEWINE (State Bar No. 095106)
   PHILLIPS, ERLEWINE & GIVEN LLP
2  50 California Street, 35th Floor
   San Francisco, California 94111
3  Telephone: (415) 398-0900
   Facsimile: (415) 398-0911
4
   Attorneys for Defendant
5  NATIONAL RAILROAD PASSENGER CORPORATION
   d/b/a AMTRAK
6
   JOHN L. BURRIS, ESQ.
7  LAW OFFICE OF JOHN L. BURRIS
   7677 Oakport Street, Suite 1120
8  Oakland, California 94621-1939
   Tel.: (510) 839-5200
9  Fax: (510) 839-3882
   email: John.Burris@JohnBurrisLaw.com
10
   Attorneys for Plaintiff
11 STANLEY HALL

12

13
                  IN THE UNITED STATES DISTRICT COURT
14
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
15

16

17 STANLEY HALL,                    )   CASE NO. C07-05673 CRB
                                    )
18             Plaintiff,           )   STIPULATION FOR
                                    )   CONDITIONAL DISMISSAL WITH
19     v.                           )   PREJUDICE; [PROPOSED] ORDER
                                    )
20 NATIONAL RAILROAD PASSENGER      )
   CORPORATION ("AMTRAK"), a private)
21 corporation; DOES 1-25, inclusive )
                                    )
22             Defendants.          )
                                    )
23 _____  )

24

25

26

27

28

STIP-DISMISSAL-ORDER - C 07-05673CRB
S:\Clients\AMTRAK\8204.11 (Hall)\pld\zsc-stip-dismissal-062708.wpd

## STIPULATION

The undersigned, being counsel of record for the respective parties in this action, hereby stipulate that the parties have reached a tentative settlement of this action and are in the processing of preparing settlement documentation. The undersigned therefore request that the court order this action dismissed with prejudice, subject to vacation in the event any party notifies the court within ninety days that a settlement has not occurred.

DATED: 7/8, 2008                LAW OFFICE OF JOHN L. BURRIS

By: _____
    JOHN L. BURRIS
    Attorneys for Plaintiff STANLEY HALL

DATED: 7/8, 2008                PHILLIPS, ERLEWINE & GIVEN LLP

By: _____
    R. SCOTT ERLEWINE
    Attorneys for Defendant NATIONAL RAILROAD
    PASSENGER CORPORATION d/b/a AMTRAK

## ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED that this action is dismissed with prejudice. However, that if any party hereto certifies to this court, with proof of service of a copy thereon on opposing counsel, within ninety days from the date hereof, that settlement has not in fact occurred, the foregoing order shall be vacated and this cause shall forthwith be restored to the calendar for further proceedings.

DATED: _____         _____
                                UNITED STATES DISTRICT JUDGE